# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD YEAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-04-820-T |
| | ) |
| RON WARD, Director of the Oklahoma | ) |
| Department of Corrections, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order adopting Judge Couch's August 19, 2005, Report and Recommendation in its entirety, the Court dismisses, pursuant to 28 U.S.C. §1915(b)(1), Plaintiff's claim regarding delay of prison legal mail and GRANTS Defendants' cross-motion for summary judgment on all of Plaintiff's remaining claims.

Entered this 28th day of September, 2005.

*[signature]*
RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE